IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ruthie A. Cargile,                         :
                                           :
            Plaintiff(s),                  :
                                           :    Case Number: 1:14cv337
      vs.                                  :
                                           :    Judge Susan J. Dlott
Commissioner of Social Security,           :
                                           :
            Defendant(s).                  :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Karen L. Litkovitz filed on April 15, 2015 (Doc. 18), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired May 21, 2015, hereby

ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner is **AFFIRMED**.  This case is hereby

**TERMINATED** from the docket.

IT IS SO ORDERED.


____s/Susan J. Dlott_____
Judge Susan J. Dlott
United States District Court